**United States District Court**
**Eastern District of Michigan**
**Southern Division**

| | |
|---|---|
| The United States of America, | Criminal No. 25-cr-20801 |
| Plaintiff, | Hon. Judith E. Levy |
| v. | |
| Klavelle Bronner, | |
| Defendant. | |
| _____/ | |

### Government's Response to Defendant's Emergency Motion for Temporary Revocation of Detention Order (ECF No. 13)

Klavelle Bronner requests temporary revocation of his detention order to attend his friend's funeral services on November 3, 2025. (ECF No. 13). While these requests ordinarily involve family members, the government indicated it would not oppose Bronner's attendance if supervised by the USMS. However, the USMS has indicated that per their policy they cannot transport Bronner to any funeral functions.

Alternatively, Bronner requests temporary release under GPS tether or to a third-party custodian. The government strongly opposes release under those terms. In fact, Bronner was wearing a GPS tether as a condition of his federal supervised release at the time of the instant offense. Bronner was ordered to wear the GPS tether following his admissions to violating terms of his supervised release and pending

sentencing for same. (ECF No. 59: Order to Continue Supervision, PageID.401).[1] Worse, while wearing the GPS tether Bronner is alleged to have committed the instant offense—which involves allegations that Bronner again illegally possessed a firearm and repeatedly fired it outside of a moving vehicle in a residential neighborhood. (*see* ECF No. 1: Complaint, PageID.4; ECF No. 11: Indictment, PageID.17). The reality is that Bronner, through his repeated violations of federal supervision including engaging in new criminal behavior, has proven himself incapable of abiding by the terms of court ordered supervision. Even more telling is that Bronner is alleged to have committed the new offense while pending sentencing on his previous violations, a time when one would expect an individual to be on their best behavior. Clearly, a GPS tether and third-party custodian will not provide adequate protection from the danger Bronner poses if released.

Additionally, when Bronner was arrested on the instant offense he was interviewed by pretrial services which determined that, "no condition or combination of conditions will reasonably assure the safety of the community." Facing this recommendation as well as the allegations contained in the instant offense, Bronner consented to detention.

The government is aware that funeral services are often broadcast via "Zoom" or other internet-based platforms for those unable to attend. If that is the case here,

---

[1] In the order, Judge Mark A. Goldsmith included the following language, "Zero tolerance for any violations of any conditions of supervision."

the government would hope that arrangements could be made to allow Bronner to participate.

The Court should deny Bronner's request for temporarily release to attend his friend's funeral functions.

                                                Respectfully Submitted,

                                                Jerome F. Gorgon
                                                United States Attorney

                                                */s Blake S. Hatlem*
                                                Blake S. Hatlem
                                                Assistant United States Attorney
                                                211 West Fort Street, Suite 2001
                                                Detroit, Michigan 48226-3211
                                                (313) 226-9613
                                                blake.hatlem@usdoj.gov

Date: October 30, 2025

## Certificate of Service

I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to the attorney of record.

/s Blake S. Hatlem
Blake S. Hatlem
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9613
blake.hatlem@usdoj.gov